STATE OF INDIANA                IN THE ALLEN SUPERIOR COURT
                                Civil Division – Courthouse
COUNTY OF ALLEN                 715 South Calhoun Street, Room 201
                                Fort Wayne, IN  46802
                                Telephone: (260) 449-3491

BRYAN STARKS                                Case Number: _____
_____
              Plaintiff(s)
VS                                              **SUMMONS**

DANA LIGHT AXLE PRODUCTS, LLC
_____
              Defendant(s)

TO: Dana Light Axle Products, LLC
    Highest Ranking Official
    2100 W. State Blvd.
    Fort Wayne, IN 46808

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX__    Certified Mail       You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____    Personal Service     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.  The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: __1/20/2021_____            _Christopher M. Nancarrow_ BB
                                         **CHRISTOPHER M. NANCARROW**
                                         CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Jennifer L. Hitchcock (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)      (Seal)

116 E. Berry St., Ste 625
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 240-4644          34635-02
Telephone Number        Attorney Number

                        **MANNER OF SERVICE**
              (To be completed by Party Preparing Summons)
**SHERIFF** shall serve this Summons as follows:    **OTHER** manner of service:
_____ personal service                              __X__ attorney to serve
_____ leaving a copy at dwelling or place of employment   _____ private process server, _____
                                                     _____ other (describe in particular and note Trial Rule)
**CLERK** shall serve this Summons as follows:       _____
_____ regular mail
_____ certified mail                                                    **EXHIBIT A**
_____ publication

08/2000    sum (CLK 298,fb)

**CERTIFIED MAIL**

| | |
|---|---|
| I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested. | I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein. |

Date Issued: _____     Date Issued: _____

_____     _____
Clerk of the Allen Circuit and Superior Courts     Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .     _____
    Signature of Party                                                                Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**     (_____)

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:    (E) with a secretary, named:
        (C) with a relative, named:    (F) with the attorney, named:
        (D) at the residence, located at:    (H) with this person (other-specify):
        (E) with the employer, named: _____

    Specify name of person, work supervisor, place of business, or location where copy was left.
    _____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**
_____.
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because:** (_____)

| | | | |
|---|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) | the party was on VACATION. |
| (J) | the document EXPIRED. | (S) | the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) | the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) | the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) | INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) | they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) | several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) | of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | | |

                                                                                                      _____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____     _____
Date Served / Attempted    Time Served / Attempted    Signature of Sheriff of Allen County, Indiana (or other officer)
                                                      By: _____
(Printed Name of Process Server)                                Signature of Process Server

**EXHIBIT A**

STATE OF INDIANA       IN THE ALLEN SUPERIOR COURT
                       Civil Division – Courthouse
COUNTY OF ALLEN        715 South Calhoun Street, Room 201
                       Fort Wayne, IN   46802
                       Telephone: (260) 449-3491

BRYAN STARKS                                Case Number: _____
            Plaintiff(s)
VS                                          # SUMMONS

DANA LIGHT AXLE PRODUCTS, LLC,
            Defendant(s)

TO: CT Corporation System, Registered Agent
    334 North Senate Avenue
    Indianapolis, IN 46204

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX__ Certified Mail       You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____ Personal Service     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: __1/20/2021__                        _Christopher M. Nancarrow_ BB
                                            **CHRISTOPHER M. NANCARROW**
                                            CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Jennifer L. Hitchcock (PLAINTIFF)           (Seal)
Attorney / Party Preparing Summons (Party Represented)

116 E. Berry St., Ste 625
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 240-4644           34635-02
Telephone Number         Attorney Number

                    **MANNER OF SERVICE**
            (To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:    **OTHER** manner of service:
_____ personal service                             __X__ attorney to serve
_____ leaving a copy at dwelling or place of employment    _____ private process server, _____
                                                    _____ other (describe in particular and note Trial Rule)
**CLERK** shall serve this Summons as follows:      _____
_____ regular mail
_____ certified mail
_____ publication
                                                    **EXHIBIT A**
**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of    this document was sent to the named person(s) at the address(es)

                                                    08/2000    sum (CLK 298,fb)

furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____  Date Issued: _____

_____  _____
Clerk of the Allen Circuit and Superior Courts  Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .  _____
Signature of Party  Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**     (_____)

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:        (E) with a secretary, named:
        (C) with a relative, named:        (F) with the attorney, named:
        (D) at the residence, located at:       (H) with this person (other-specify):
        (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.
_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**
_____.
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because: (_____)**

| | | | |
|---|---|---|---|
|(I)|The party was NOT FOUND / NO SUCH ADDRESS.|(R)|the party was on VACATION.|
|(J)|the document EXPIRED.|(S)|the party was NOT FOUND / VACANT.|
|(K)|the party AVOIDED service.|(T)|the party was NOT FOUND / MOVED.|
|(L)|the party REFUSED service.|(U)|the party was NOT FOUND IN THIS BAILIWICK.|
|(M)|the party was NO LONGER EMPLOYED at the address.|(V)|INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.|
|(N)|the document was RETURNED by the authority of the Plaintiff.|(W)|they are NO LONGER IN BUSINESS.|
|(O)|the party is DECEASED.|(X)|several attempts were made / UNABLE TO SERVE.|
|(P)|the party was UNKNOWN AT THAT ADDRESS.|(Y)|of the following reason (OTHER-specify):|
|(Q)|the party was on SICK LEAVE / LAY OFF.| | |

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____  _____  _____
Date Served / Attempted  Time Served / Attempted  Signature of Sheriff of Allen County, Indiana (or other officer)

                            By: _____
_____  Signature of Process Server
(Printed Name of Process Server)

**EXHIBIT A**

08/2000    sum (CLK 298,fb)

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

BRYAN STARKS, )
)
      Plaintiff, )
)
v. )
)
DANA LIGHT AXLE PRODUCTS, LLC, )
)
      Defendant. )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

**Party Classification:**    Initiating __X__    Responding _____    Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Plaintiff.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

> **LAW OFFICE OF JENNIFER L. HITCHCOCK**
> Name:   Jennifer L. Hitchcock            Attorney Number:   34635-02
> \Address:  116 E. Berry Street, Suite 625        Phone:   (260) 240-4644
>           Fort Wayne, IN  46802         FAX:   (260) 444-3441
> E-Mail Address:  jennifer@jhitchcocklaw.com

3. There are other party members: Yes _____    No __X__

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):   CT

5. I will accept service by FAX at the above noted number: Yes _____    No __X__

6. There are related cases   Yes _____    No __X__   *(if yes, list on continuation page)*

7. This has been served on all other parties.  Certificate of Service is attached: Yes _____    No __X__

8. Additional information required by local rule: _____

/s/ Jennifer L. Hitchcock

**EXHIBIT A**

02D01-2101-CT-000036
Filed: 1/20/2021 1:50 PM
Clerk
Allen Superior Court
Allen County, Indiana
BB

USDC IN/ND case 1:21-cv-00044-DRL-SLC   document 1-1   filed 02/01/21   page 6 of 12

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- | --- |
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

| BRYAN STARKS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANA LIGHT AXLE PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff alleges against Defendant as follows:

1. Plaintiff is Bryan Starks, a resident of Allen County and qualified employee of Defendant at all times material to this Complaint. Plaintiff contends that he was wrongfully terminated by Defendant in violation of his rights pursuant to the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.* ("FMLA"), in that his right to utilize time off work pursuant to the FMLA was interfered with, and he was retaliated against for asserting his right to time off work pursuant to the FMLA when Defendant terminated his employment.

2. Defendant is Dana Light Axle Products, LLC, a company doing business at 2100 West State St., Fort Wayne, IN 46808, with its "World Headquarters" office located at 3939 Technology Drive, Maumee, OH 43537, with its registered agent CT Corporation System, at 334 North Senate Avenue, Indianapolis, IN 46204..   Defendant is an "employer" for the purposes of the FMLA.

3. Plaintiff worked for the Defendant from approximately June 20, 2016, until his termination on or about December 17, 2019.

–1–

**EXHIBIT A**

4. Plaintiff's daughter has a serious health condition that requires ongoing medical care. On December 9, 2019 Plaintiff's daughter's health condition required medical attention, so Plaintiff called off of work to take her to see a doctor.

5. The following day, Plaintiff was notified that he had exceeded the allowed attendance points and was sent home for the day, despite presenting to Defendant a doctor's note indicating that he had been with his daughter tending to her serious medical condition. He was provided with FMLA paperwork, which he promptly provided to his daughter's doctor.

6. On the morning of December 16, 2019, the FMLA paperwork was submitted to Defendant's carrier Unum, and Plaintiff was approved on December 19, 2019 for intermittent FMLA leave from December 9, 2019 (the day of the absence for which he was allegedly terminated), through June 8, 2020.

7. In the meantime, on December 12, 2020 Defendant had scheduled a termination meeting with Plaintiff to take place in the morning on Monday, December 16, 2019. However, Sarah from Defendant's human resource department called Plaintiff later that day and indicated in a voicemail that December 16th would not work and asked Plaintiff to call back to reschedule.

8. Plaintiff did as he was asked and called back on December 12th to talk to Sarah. The meeting was rescheduled for Tuesday, December 17th, 2019.

9. However, on December 16, 2020 (after the FMLA paperwork was submitted) Plaintiff was notified by his union that he had "missed the meeting" and was terminated as a result—the same meeting that Plaintiff and Defendant had rescheduled to take place on December 17,

–2–

**EXHIBIT A**

2019.

10. Plaintiff exhausted his internal grievance procedure but was told that the company "did not have to retroactively accept FMLA leave," and combined with the "missed meeting," the company had decided his termination would stand.

11. Plaintiff contends that the proffered reasons for his termination were false, pretextual, and mendacious, and in reality, Plaintiff's right to utilize time off work pursuant to the FMLA was interfered with, and he was retaliated against for asserting his right to utilize the FMLA to tend to his daughter's serious medical needs.

12. As a result of Defendant's interference and retaliation, Plaintiff suffered the loss of his job and job-related benefits, including income, and he seeks compensatory damages, including reasonable attorney fees and costs.

13. Further, as Defendant's actions were knowing, willful, wanton, intentional, and in reckless disregard of Plaintiff's federally protected rights under the FMLA, he seeks liquidated damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, liquidated damages, reasonable attorney fees and costs, and all other just and proper relief.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

–3–

**EXHIBIT A**

Respectfully submitted,

**LAW OFFICE OF JENNIFER L. HITCHCOCK**

/s/ Jennifer L. Hitchcock
Jennifer L. Hitchcock, #34635-02
116 E. Berry Street, Suite 625
Fort Wayne, IN 46802
Telephone:    (260) 240-4644
Facsimile:    (260) 444-3441
E-mail:       Jennifer@jhitchcocklaw.com
Attorney for Plaintiff

–4–

**EXHIBIT A**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. 02D01-2101-CT-36 |

BRYAN STARKS, ) **ORDER SETTING CASE**
    Plaintiff(s), ) **MANAGEMENT CONFERENCE**
                         )
  vs.                        )
                            )
DANA LIGHT AXLE PRODUCTS, LLC, )
    Defendant(s). )

This cause has been assigned to **JUDGE ANDREW WILLIAMS**.

***PLAINTIFF IS DIRECTED TO SERVE A COPY OF THIS ORDER SETTING CASE MANAGEMENT CONFERENCE ON DEFENDANT(S).***

The parties or their attorneys to this action are hereby directed to appear before said judge of this Court on **April 19, 2021 at 10:45 a.m.** in Room 317 of the Allen County Courthouse for a Case Management Conference to consider:

**A)** Appointment of a mediator and the scheduling of a mediation date; **B)** Discussion of jury requests/waiver; **C)** Contested and stipulated facts and legal issues; **D)** Contentions of the parties; **E)** The discussion of issues/simplification of issues; **F)** The determination of types of discovery and scheduling deadlines; **G)** Discussion of expert witnesses; **H)** The discussion of dispositive motion issues and the setting of the motions for hearings; and **I)** The scheduling of a pre-trial conference.

Each party must be represented at the Case Management Conference by the attorney who expects to try this case, who shall come with authority to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

**Parties may attend the Case Management Conference telephonically by making arrangements one week before the scheduled hearing by calling CourtCall at**

                                                                     **EXHIBIT A**

**888-882-6878. (**This does not apply if scheduled hearing is via ZOOM.**)**

As a result of the Case Management Conference, the Court may limit the time to complete discovery or to file any pre-trial motions; set a date for any final pre-trial conference or other conference; and/or establish a schedule for the filing of any proposed pre-trial order, stipulations, or lists of witnesses and exhibits. The schedule established as a result of the Case Management Conference shall **not** be modified except by order of the Court upon a showing of good cause. Said parties shall also have authority to agree upon a mediator. SO ORDERED.

### ORDER REQUIRING REMOTE APPEARANCE

Due to the public health crisis associated with the COVID-19 virus, and consistent with the Indiana Supreme Court's Administrative Rule 17 Orders, the Court now ORDERS:

1. The proceeding set in this case for **April 19, 2021 at 10:45 a.m.,** shall be by remote appearance.
2. For the proceeding, the Court intends to use the Zoom platform. Zoom is a remote video conference platform, which the Court will make available to you at no charge. The Court has a license for this software. A computer (or tablet or mobile device) with a webcam and a microphone is necessary to participate via Zoom.
3. At least **three (3) business days** in advance of the hearing, all counsel and all unrepresented persons in this case shall email the Court at Sonia.Salas@allensuperiorcourt.us to provide the Court with the email address the Court may use to send an invitation for the Zoom remote appearance.
4. Unrepresented persons may alternatively participate in the proceeding by telephone if they do not have the required technology to participate via Zoom. Such unrepresented persons shall make arrangements for the telephonic appearance at least **three (3) business days** in advance of the hearing by contacting the Court at **(260) 449-7634** to provide a telephone number at which

**EXHIBIT A**

the Court can reach the participant.

5. **Rule 2.17 of the Indiana Judicial Conduct, entitled, "Prohibiting Broadcasting of Proceedings," provides that judges must prohibit the recording of Court proceedings. Accordingly, everyone who in any way participates in, sees, or hears the Court proceeding is now ORDERED that they shall not record the proceedings in any manner. Violations of this rule and Order shall be punished by Contempt of Court.**

<u>DATED</u>: January 25, 2021

*Andrew S. Williams*

_____
**ANDREW S. WILLIAMS, JUDGE
ALLEN SUPERIOR COURT**

**DISTRIBUTED TO PLAINTIFF(S) FOR SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT(S)**

EXHIBIT A