UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRYAN STARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:21-cv-00044-HAB-SLC |
| DANA LIGHT AXLE PRODUCTS, LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Bryan Starks, by counsel, and Defendant Dana Light Axle Products, LLC, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree that the cause of action alleged in Plaintiff's Complaint should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein.

| | |
|---|---|
| **LAW OFFICE OF JENNIFER L. HITCHCOCK** | **BARNES & THORNBURG LLP** |
| *s/ Jennifer L. Hitchcock* | *s/ Jason T. Clagg* |
| Jennifer L. Hitchcock, #34635-02 | Jason T. Clagg, #24123-02 |
| 116 E. Berry Street, Suite 625 | 888 South Harrison Street, Suite 600 |
| Fort Wayne, IN 46802 | Fort Wayne, IN 46802 |
| (260) 240-4644 | (260) 425-4646 |
| Attorney for Plaintiff | Attorney for Defendant |